**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 12-6670**

───────────

WILLIAM BILL CLARK,

              Plaintiff - Appellant,

        v.

M. CHEESEBORO, Sargeant/H.R.R.J.; C/O SIMMONS, Corr.
Officer at H.R.R.J.; SGT. WARD, Sargeant at H.R.R.J.; MJO
LITTLEJOHN, Master Jail Officer/H.R.R.J.; C/O C. ROGERS,
Corr. Officer/Hearings; M.J.O. HANSLEY, Master Jail
Officer/H.R.R.J.,

              Defendants - Appellees.

───────────

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Raymond A. Jackson, District
Judge. (2:11-cv-00097-RAJ-TEM)

───────────

Submitted: September 21, 2012        Decided: November 1, 2012

───────────

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

William Bill Clark, Appellant Pro Se. Samuel Lawrence Dumville,
NORRIS & ST. CLAIR P.C., Virginia Beach, Virginia, for
Appellees.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Bill Clark appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) civil rights action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Clark v. Cheeseboro</u>, No. 2:11-cv-00097-RAJ-TEM (E.D. Va. Mar. 23, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>